IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN R. JOHNSON,

    PLAINTIFF,

v.                                CIVIL ACTION NO.
                                   2:15-CV-00111-WKW-WC

HYUNDAI ENG AMERICA, INC.,

    DEFENDANT.

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through his attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  This party is an individual.

Dated: February 9, 2015

                                          /s/ David R. Arendall
                                          David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ARNOLD
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile